

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT ON REMAND

Delfino Ortega Jr.,

Vs. No. 11-19-00081-CR

The State of Texas,

* From the 266th District Court
  of Erath County,
  Trial Court No. CR14847.

* July 8, 2021

* Per Curiam Memorandum Opinion
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the judgment of the trial court to delete the $60 restitution amount and the $25 time payment fee, and we affirm the judgment as modified.